AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOSEPH ALLEN CLARK, III,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 120-008

TIMOTHY C. WARD, Commissioner,
Georgia Department of Corrections,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of August 28, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court, Respondent's Motion to Dismiss is GRANTED, the instant petition brought pursuant to 28 U.S.C. § 2254 is DISMISSED as untimely, and a COA in this case is DENIED. Judgment is entered in favor of the Respondent, TIMOTHY C. WARD, and this civil action stands CLOSED.

| | |
|---|---|
| 08/28/2020 | John E. Triplett, Acting Clerk |
| *Date* | *Clerk* |
| | *Tara H. Burton* |
| | *(By) Deputy Clerk* |

GAS Rev 10/1/03